BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT KAUR, <br><br> Plaintiff, <br><br> v. <br><br> MARI-CARMEN JORDAN, *et al.*, <br><br> Defendants. | Case No.: 2:15-cv-952 TLN DAD <br><br> **Joint Stipulation and Order re: Extension of Time** |

Defendants request an additional 30 days to answer the complaint, and Plaintiff does not object to this request. The parties stipulate that the time for filing the joint status report be similarly extended.

Dated: July 14, 2015          Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Audrey B. Hemesath
                              AUDREY B. HEMESATH
                              Assistant U.S. Attorney


                              Respectfully submitted,
                              /s/ Mandeep Kaur Dhaliwal
                              MANDEEP KAUR DHALIWAL
                              Attorney for the Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

The answer date is extended to August 17, 2015.

Dated:  July 15, 2015

_____
Troy L. Nunley
United States District Judge