BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT KAUR,<br><br>           Plaintiff,<br><br>    v.<br><br>MARI-CARMEN JORDAN, et al.,<br><br>           Defendants. | Case No.: 2:15-cv-952 TLN DAD<br><br>**Joint Stipulation and Order re: Dismissal** |

The parties stipulate to dismissal of this action in its entirety, each side to bear its own costs of litigation. U.S. Citizenship and Immigration Services has reopened Plaintiff's application for naturalization and approved it.

Dated: August 21, 2015           Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant U.S. Attorney

DATED: August 21, 2015          Respectfully submitted,

/s/ Mandeep Kaur Dhaliwal
MANDEEP KAUR DHALIWAL
Attorney for the Plaintiff

## ORDER

Pursuant to the stipulation of the parties, the matter is dismissed in its entirety.

Dated:  September 1, 2015

_____
Troy L. Nunley
United States District Judge